```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
```

**FILED**

APR 26 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:07 - CR - 0177 GEB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| Plaintiff, ) | ORDER SEALING INDICTMENT |
| v. ) | |
| JOSE ALEJANDRO FARIAS VALDOVINOS, ) aka "Jano", ) | |
| Defendant. ) | |

The Court hereby orders that the <u>Ex Parte</u> Petition of Assistant United States Attorney Samuel Wong to seal Indictment, the Indictment, and this Order in the above-referenced case shall be sealed until after the arrest of the defendant.

SO ORDERED.

DATED: April 26, 2007

_____
DALE A. DROZD
United States Magistrate Judge