DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALEJANDRO FARIAS VALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-177 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSE ALEJANDRO FARIAS VALDOVINOS, ) | |
| Defendant. ) | |

This case is currently scheduled for a status hearing on August 6, 2010. The United States has provided substantial initial discovery with additional discovery to follow. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 6, 2010, be continued until October 15, 2010. In addition, the parties stipulate that the time period from August 6, 2010, to October 15, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

1

1 | A proposed order is attached and lodged separately for the court's convenience.

DATED: August 5, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Lexi Negin for*  
SAMUEL WONG  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Lexi Negin*  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Jose Alejandro Farias Valdovinos

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ALEJANDRO FARIAS VALDOVINOS,<br><br>　　　　　Defendant. | CASE NO. CR-S-07-177 GEB<br><br>PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on August 5, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for August 6, 2010, be vacated and that the case be set for **Friday, October 15, 2010, at 9:00 a.m.** Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 5, 2010 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from August 6, 2010, through October 15, 2010, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 5, 2010

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

2