BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-07-177 GEB |
| | ) | |
| Plaintiff, | ) | ORDER RELATING CASES |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ALEJANDRO FARIAS VALDOVINOS, | ) | |
| | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR. S-10-302 FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ALEJANDRO FARIAS-VALDOVINOS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 123(a) and (c), the above-captioned cases are hereby ordered related. See L.R. 123 (a),(c). Accordingly, the status conference currently scheduled for Case No. CR.-S-10-302 FCD on November 15, 2010 before Judge Frank C. Damrell, Jr. is VACATED. The status conference is re-set before the undersigned on November 19, 2010, at 9:00 a.m.

Dated:   October 5, 2010

GARLAND E. BURRELL, JR.
United States District Judge

1