DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALEJANDRO FARIAS-VALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-07-177 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSE ALEJANDRO FARIAS-VALDOVINOS, | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on October 15, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Friday, October 15, 2010, be continued until Friday, November 19, 2010.  In addition, the parties stipulate that the time period from October 15, 2010, to November 19, 2010,  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:October 8, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

*By:   /s/ Lexi Negin for*                  */s/ Lexi Negin*
SAMUEL WONG                        LEXI NEGIN
Assistant U.S. Attorney            Assistant Federal Defender
Attorney for United States         Attorney for Jose Alejandro Farias-Valdovinos

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALEJANDRO FARIAS- VALDOVINOS,<br><br>Defendant. | CASE NO. CR-S-07-177 GEB<br><br>PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on October 8, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, October 15, 2010, be vacated and that the case be set for **Friday, November 19, 2010, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 8, 2010, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from October 15, 2010, through November 19, 2010, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

**Dated:  October 8, 2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

2