DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALEJANDRO FARIAS VALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-177 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSE ALEJANDRO FARIAS VALDOVINOS, | ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on November 19, 2010. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition. Specifically, defense counsel needs more time to prepare her client's defense due to a pending related federal prosecution for an alleged immigration violation and a prior state drug case involving the defendant. Defense counsel needs more time to determine how those other cases impact the instant prosecution.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Friday, November 19, 2010, be continued until Friday, February 11, 2011. In addition, the parties stipulate that the time period from November 19, 2010, to February 11, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

A proposed order is attached and lodged separately for the court's convenience.

DATED:November 18, 2010

Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

DANIEL J. BRODERICK  
Federal Defender

*By:   /s/ Lexi Negin for*  
SAMUEL WONG  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Lexi Negin*  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Jose Alejandro Farias Valdovinos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALEJANDRO FARIAS VALDOVINOS,<br><br>Defendant. | CASE NO. CR-S-07-177 GEB<br><br>PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on November 18, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, November 19, 2010, be vacated and that the case be set for **Friday, February 11, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 18, 2010, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from November 19, 2010, through February 11, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

**Dated: November 18, 2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

2