DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALEJANDRO FARIAS VALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NOS. 2:07-cr-0177-KJM |
| | ) | 2:10-cr-00302-KJM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSE ALEJANDRO FARIAS VALDOVINOS, | ) | |
| | ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on April 7, 2011. The attorneys for both parties have conferred and agree that additional time is needed for the government to provide further discovery to the defense that has been requested, and for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, April 7, 2011, be continued until Thursday, May 5, 2011. In addition, the parties stipulate that the time period from April 5, 2011, to May 5, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 5, 2011

                Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| *By: /s/ Lexi Negin for* | */s/ Lexi Negin* |
| MICHELE BECKWITH | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Jose Alejandro Farias Valdovinos |
| | |
| *By: /s/ Lexi Negin for* | |
| SAMUEL WONG | |
| Assistant U.S. Attorney | |
| Attorney for United States | |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE ALEJANDRO<br>FARIAS VALDOVINOS,<br><br>  Defendant. | CASE NOS.  2:07-cr-00177-KJM<br>         2:10-cr-00302-KJM<br><br>ORDER CONTINUING STATUS HEARING<br>AND EXCLUDING TIME PURSUANT TO THE<br>SPEEDY TRIAL ACT |

    For the reasons set forth in the stipulation of the parties, filed on April 5, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday April 7, 2011, be vacated and that the case be set for Thursday, May 5, 2011 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 5, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from April 5, 2011, through May 5, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

Dated:  April 5, 2011.

_____
UNITED STATES DISTRICT JUDGE

2