DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALEJANDRO FARIAS VALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NOS. 2:07-cr-00177-KJM |
| | ) | 2:10-cr-00302-KJM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSE ALEJANDRO FARIAS VALDOVINOS, | ) | |
| | ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on May 5, 2011. The attorneys for both parties have conferred and agree that additional time is needed as Mr. Farias Valdovinos has two pending cases and there is a potential for a third case. The parties have continued the discovery process and are working diligently toward a global resolution to all three cases. Because the cases involve three different substantive charges, and the fact that Mr. Farias Valdovinos was previously convicted in state court for conduct that is arguably related to one of the substantive charges, the guidelines are complicated. In order to assure that all parties have a fair opportunity to consider the ramifications of a global settlement, the parties need more time toward that end.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, May 5, 2011, be continued until **Thursday, June 2, 2011, at 10:00 a.m.** In addition, the parties stipulate that the time period from May 5, 2011, through and including June 2,

1

2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

A proposed order is attached and lodged separately for the court's convenience.

DATED: May 3, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| *By: /s/ Lexi Negin for*<br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Jose Alejandro Farias Valdovinos |
| *By: /s/ Lexi Negin for*<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for United States | |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALEJANDRO<br>FARIAS VALDOVINOS,<br><br>Defendant. | CASE NOS.   2:07-cr-00177-KJM<br>                      2:10-cr-00302-KJM<br><br>ORDER CONTINUING STATUS HEARING<br>AND EXCLUDING TIME PURSUANT TO THE<br>SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on May 3, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, May 5, 2011, be vacated and that the case be set for **Thursday, June 2, 2011, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 3, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from May 5, 2011, through and including June 2, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

Dated: May 3, 2011.

_____
UNITED STATES DISTRICT JUDGE

2