BENJAMIN B. WAGNER
United States Attorneys
SAMUEL WONG
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> JOSE ALEJANDRO FARIAS VALDOVINOS, </br> Defendant. | Case No. CR. S-07-177 KJM </br> Case No. CR. S-10-302 KJM </br></br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> JOSE ALEJANDRO FARIAS-VALDOVINOS, </br> Defendant. | |

   The parties request that the status conference in this case be continued from June 30, 2011, to July 28, 2011 at 10:00 a.m. They stipulate that the time between June 30, 2011 and July 28, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice

1

are served by the Court excluding such time, so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties are in the process of gathering additional facts which may inform the anticipated plea agreement in this case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §(7)(B)(iv).

Dated: June 28, 2011 Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michele Beckwith*
By: Michele Beckwith
Samuel Wong
Assistant U.S. Attorneys

Dated: June 28, 2011

*/s/ Lexi Negin*
LEXI NEGIN
Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 30, 2011, at 10:00 a.m. be continued to July 28, 2011, at 10:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the July

1  28, 2011, status conference shall be excluded from computation of
2  time within which the trial of this matter must be commenced
3  under the Speedy Trial Act pursuant to 18 U.S.C. §
4  3161(h)(7)(B)(iv) and Local Code T-4.
5  Dated:  June 29, 2011.

_____
UNITED STATES DISTRICT JUDGE