```
1  J.M. IRIGOYEN #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  559.233.3333

5
   Attorney for Defendant
6  JOSE ALEJANDRO FARIAS VALDOVINOS

7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:07-cr-0177 KJM |
| Plaintiff, ) | Substitution of Attorneys |
| vs. ) | |
| JOSE FARIAS VALDOVINOS ) | |
| Defendant. ) | |

J.M. IRIGOYEN, Attorney at Law is hereby substituted as attorney of record for the Defendant, JOSE ALEJANDRO FARIAS VALDOVINOS, in place and instead of ALEXANDRA PARADIS NEGIN, Attorney at Law.

I hereby consent to the above substitution.

DATED: July 27, 2011
                                /s/J.M. Irigoyen
                                _____
                                J. M. Irigoyen, Esq.
                                Attorney at Law

I hereby consent to the above substitution.

DATED: July 28, 2011            /s/Alexandra Paradis Negin
                                _____
                                Alexandra Paradis Negin, Esq.
                                Attorney at Law

1

1 | I hereby consent to the above substitution.
2 | DATED: 7-28-11
  |                                     /s/Jose Farias Valdovinos
3 |                                     _____
4 |                                     Jose Farias Valdovinos
5 | **IT IS SO ORDERED**
6 | DATED: August 4, 2011.
7 |                                     _____
  |                                     UNITED STATES DISTRICT JUDGE

2